UNITED STATES of America,
Plaintiff—Appellee,

v.

Oscar Manuel UC–COBOS,
Defendant—Appellant.

No. 01–10437.
D.C. No. CR–00–05356–REC.

United States Court of Appeals,
Ninth Circuit.

Submitted March 11, 2002 *.

Decided March 19, 2002.

Before FARRIS, W. FLETCHER, and FISHER, Circuit Judges.

MEMORANDUM **

Oscar Manuel UC–Cobos appeals the sentence imposed following his guilty plea

---

to being a deported alien found in the United States following deportation in violation of 8 U.S.C. § 1326. UC–Cobos' attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw on the ground that there is nothing in the record that arguably supports an appeal. Our independent review of the record discloses no arguable issues. Counsel's motion to withdraw is therefore GRANTED and the judgment is

AFFIRMED.

---

UNITED STATES of America,
Plaintiff–Appellee,

v.

Christopher Rowe LINVILLE, aka Patrick Robert Morris; Eddie Stewart Foster; Patrick Foster; Samuel Morrison; Lawrence David Brainard; John Davidson; Christopher Rowe Carson; and Chris Linville, Defendant–Appellant.

No. 01–10443.
D.C. No. CR–00–00266–RCC.

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted March 11, 2002 *.

Decided March 19, 2002.

Before FARRIS, W. FLETCHER, and FISHER, Circuit Judges.

---

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

